**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vien Van Tran, ) | No. CV-04-0982-PHX-DGC (CRP) |
| )  Petitioner, ) | **ORDER** |
| ) v. ) | |
| ) Tom Ridge, et al., ) | |
| )  Respondents. ) | |
| ) | |

Pending before the Court are Petitioner Vien Van Tran's petition for writ of habeas corpus and United States Magistrate Judge Charles R. Pyle's Report and Recommendation ("R&R"). Docs. ##1, 13. The R&R recommends that the Court deny the petition.

The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that the failure to timely file objections to any determination of the Magistrate Judge would be considered a waiver of the right to review of such determination. *Id.* at 4 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]). The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]").

1  The Court will accept the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1)
2  (stating that the district court "may accept, reject, or modify, in whole or in part, the findings
3  or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

4  **IT IS ORDERED:**

5  1. Magistrate Judge Charles R. Pyle's R&R (Doc. #13) is **accepted**.

6  2. Petitioner Vien Van Tran's petition for writ of habeas corpus (Doc. #1) is
7  **denied**.

8  3. The Clerk of Court shall **terminate** this action.

9  DATED this 13th day of April, 2006.

*[signature: David G. Campbell]*

David G. Campbell
United States District Judge